**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Superior Grains, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Commodity Solutions LLC, | ) | Case No. 4:07-cv-032 |
| | ) | |
| Defendant. | ) | |

_____

On May 25, 2007, the parties filed a Stipulation to Extend Answer Due Date.  The court

**ADOPTS** the parties stipulation (Docket No. 5).  The Defendant has until June 1, 2007, to file an

answer or otherwise respond to the Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1