**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Superior Grains, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Commodity Solutions, LLC., | ) | |
| | ) | Case No. 4:07-cv-032 |
| Defendant. | ) | |

On July 21, 2008, Defendant Commodity Solutions, LLC ("Commodity Solutions") filed a "Suggestion of Bankruptcy." See Docket No. 49. In that notice Commodity Solutions advised that it had filed a petition for bankruptcy in United States Bankruptcy Court for the Southern District of Texas, Houston Division. Consequently, on August 22, 2008, the court issued an order staying this case pursuant to 11 U.S.C. § 362(a)(1).

The parties are directed to file a report by October 14, 2013, updating the court on the status of Commodity Solution's bankruptcy proceedings and otherwise advising how they wish to proceed with this case.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court